**NEW YORK CREDIT & FINANCIAL MANAGEMENT GROUP, Petitioner,**

Amerisource Corporation, Plaintiff–
Counter–Defendant–Appellee,

v.

PARSON CENTER PHARMACY, INC.,
Parson Medical Center Pharmacy,
Inc. (II), RX USA International, Inc.,
Robert C. Drucker,* Defendants–
Counter–Claimants–Appellants.

No. 10–3201–cv.

United States Court of Appeals,
Second Circuit.

Sept. 15, 2011.

Michael Levine, Levine & Associates,
P.C., Scarsdale, NY, for Appellant.

Craig D. Mills, Buchanan, Ingersoll &
Rooney, P.C., Philadelphia, PA, for appel-
lee.

PRESENT: GUIDO CALABRESI,
RICHARD C. WESLEY, GERARD E.
LYNCH, Circuit Judges.

## SUMMARY ORDER

Appellant appeals from a judgment of
the United States District Court for the
Eastern District of New York (Azrack,
*Mag. J.*), which imposed sanctions against
Robert Drucker and RxUSA, jointly and
severally, in the amount of $100,000. We
assume the parties' familiarity with the
underlying facts, the procedural history,
and the issues presented for review.

Sanctions for fraud are warranted if it is
"established by clear and convincing evi-
dence that [Defendant] has 'sentiently set
in motion some unconscionable scheme cal-
culated to interfere with the judicial sys-
tem's ability impartially to adjudicate' the
action." *Scholastic, Inc. v. Stouffer*, 221
F.Supp.2d 425, 439 (S.D.N.Y.2002) (quot-
ing *Aoude v. Mobil Oil Corp.*, 892 F.2d
1115, 1118 (1st Cir.1989)), *aff'd* 81 Fed.
Appx. 396, 398 (2d Cir.2003). Falsifying
evidence is sanctionable conduct. *Ostano
Commerzanstalt v. Telewide Sys. Inc.*, 794
F.2d 763, 768 (2d Cir.1986). Submitting
falsified evidence is also properly sanction-
able. *See Scholastic Inc.*, 221 F.Supp.2d
at 440–441, *aff'd* 81 Fed.Appx. at 398.

The record in this case supports the
district court's findings of fact that Ap-
pellant Drucker falsified and falsely au-
thenticated falsified evidence and that
Appellants relied upon and submitted the
falsified evidence in connection with a
motion for summary judgment. Appel-
lant's actions constitute sanctionable con-
duct, and the district court did not abuse
its discretion by imposing sanctions in
this case.

For the foregoing reasons, the judgment
of the district court is hereby **AF-
FIRMED.**

---

* The Clerk of Court is respectfully directed to
amend the official caption in this case to conform to the listing of the parties above.